FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

January 25, 2017

**FILED**

1/25/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

District Attorney Smith
Matt Bingham
100 N. Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Joseph Neal Jones
Luther Unit - TDC #2036232
1800 Luther Dr.
Navasota, TX 77868

12th Court Of Appeals Clerk
Pam Estes
1517 W. Front, Room 354
Tyler, TX 75701
* DELIVERED VIA E-MAIL *

**Re:** JONES, JOSEPH NEAL
**CCA No.** PD-1066-16          **COA No.** 12-15-00267-CR
**Trial Court Case No.** 114-1384-14

The attached order was issued in the above case number.

Sincerely,

Abel Acosta, Clerk